UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MICHAEL WILSON,                )
                               )
            Plaintiff,         )
                               )
v.                             )    No. 1:10-cv-1080-SEB-TAB
                               )
LARRY MCKINNEY,                )
                               )
            Defendant.         )

**Order to Show Cause**

**I.**

The plaintiff sues District Judge Larry McKinney for rulings made in *Wilson v. Carson,* No. 1:10-cv-714-LJM-TAB. The action has been removed from the state court in which it was filed.

Judge McKinney is absolutely immune from liability for the actions (judicial rulings) attributed to him. *Mireles v. Waco,* 502 U.S. 9, 11 (1991)("Judicial immunity is an immunity from suit, not just from ultimate assessment of damages."). "A judge will not be deprived of immunity because the action he took was in error, was done maliciously, or was in excess of his authority." *Stump v. Sparkman,* 435 U.S. 349, 356-57 (1978). Judicial immunity can only be overcome in two circumstances: (1) when the actions were not taken in the judge's official capacity; or (2) if the action is taken in complete lack of jurisdiction. *Mireles,* 502 U.S. at 11-12.

In light of the foregoing, the plaintiff shall have **through September 10, 2010,** in which to **show cause** why the claim(s) against Judge McKinney should not be dismissed for failure to state a claim upon which relief can be granted.[1]

---

[1] "District judges have ample authority to dismiss frivolous or transparently defective suits spontaneously, and thus save everyone time and legal expense." *Hoskins v. Poelstra,* 320 F.3d 761, 762 (7th Cir. 2003)(citing *Rowe v. Shake,* 196 F.3d 778, 783 (7th Cir. 1999).

## II.

Based on the directions in Part I of this Entry, and based also on the value in minimizing the expenditure of judicial and other resources, proceedings are stayed until the plaintiff complies with those directions and the court acts on whatever response is made–or on the absence of a response if no response is made by the deadline given.

**IT IS SO ORDERED.**

Date: 08/27/2010

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael Wilson
3830 N. Emerson
Indianapolis, IN 46205

Joseph Reid
joseph.reid@usdoj.gov